■ In the Matter of BARBARA NARENKIVICIUS, Doing Business as FIRE ISLAND LIQUOR STORE, Respondent, v. NEW YORK STATE LIQUOR AUTHORITY et al., Appellants. — Judgment of the Supreme Court, Nassau County, entered September 7, 1967, which *inter alia* annulled the appellant Authority's redetermination approving the application of appellants Wallace and Volk for a package liquor store license, reversed, on the law, with one bill of costs, payable jointly to the appellants who filed separate briefs; proceeding dismissed on the merits; and redetermination of the Authority confirmed. No questions of fact were considered on this appeal. In our opinion, the record before the Authority shows a rational basis for its conclusion that public convenience and advantage will be served by approval of the application (*Matter of Nevis* v. *State Liq. Auth.*, 17 N Y 2d 828; *Matter of Hub Wine & Liq. Co.* v. *State Liq. Auth.*, 16 N Y 2d 112,

117; *Matter of Abarno's Wines & Liqs.* v. *State Liq. Auth.,* 28 A D 2d 822). Beldock, P. J., Brennan, Hopkins, Munder and Martuscello, JJ., concur.